## Catena Estate.

Argued May 3, 1965. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Valentine C. Catena,* appellant, in propria persona.

*Ronald M. Agulnick,* with him *Pitt and Agulnick,* for appellee.

OPINION PER CURIAM, May 25, 1965:
Appeal quashed.
Each party to pay own costs.